ATTORNEY DISCIPLINARY PROCEEDINGS
 

 PER CURIAM.
 
 *
 

 The Office of Disciplinary Counsel (“ODC”) commenced an investigation into allegations that respondent faded to act with reasonable diligence in a collection matter. Prior to the filing of formal charges, respondent and the ODC submitted a joint petition for consent discipline. Having reviewed the petition,
 

 IT IS ORDERED that the Petition for Consent Discipline be accepted, and that Michael Winsberg, Louisiana Bar Roll number 19444, be publicly reprimanded.
 

 IT IS FURTHER ORDERED that all costs and expenses in the matter are assessed against respondent in accordance with Supreme Court Rule XIX, § 10.1, with legal interest to commence thirty days from the date of finality of this court’s judgment until paid.
 

 *
 

 Judge Benjamin Jones, of the Fourth Judicial District Court, assigned as Justice
 
 Pro Tem-pore,
 
 participating in the decision.